AO 91 (Rev. 11/11) Criminal Complaint AUSA Talia Bucci (815) 987-4451

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

FILED
MAR 07 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

FLOYD E. BROWN

CASE NUMBER:

19 CR 50016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 7, 2019, at Rockford, Illinois, in the Northern District of Illinois, Western Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1114 | attempted to kill Victim A, a Special Deputy United States Marshal assisting Deputy United States Marshals of the United States Marshal's Service, an agency of the United States Government, while such Deputy United Sates Marshals were engaged in the performance of official duties. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

JEREMY K. SMITH
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: March 7, 2019

Judge's signature

City and state: Rockford, Illinois

IAIN D. JOHNSTON, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT | ss
NORTHERN DISTRICT OF ILLINOIS |

### AFFIDAVIT

I, JEREMY K. SMITH, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since approximately March 2017. My current responsibilities include the investigation of violent crimes, including, among others, murder, attempted murder, bank robbery, firearms offenses, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that FLOYD E. BROWN has violated Title 18, United States Code, Section 1114. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BROWN with attempting to kill an officer or employee of an agency of the United States, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge and information provided to me by other law enforcement agents.

4. On the morning of March 7, 2019, officers of the U.S. Marshal's Great Lakes Regional Fugitive Task Force (hereafter "Task Force Officers") attempted to execute state warrants for the arrest of FLOYD E. BROWN. Among those Task Force

Officers was Victim A, a Special Deputy U.S. Marshal who is a federally deputized Task Force Officer of the U.S. Marshal's Service tasked from the McHenry County Sheriff's Office. Deputy U.S. Marshals also participated in the attempted execution of state warrants.

5. Task Force Officers located BROWN and BROWN'S girlfriend at a hotel located at 747 North Bell School Road, Rockford, Illinois. Task Force Officers learned that BROWN and BROWN'S girlfriend had been staying in Room 305 of that hotel. Task Force Officers observed BROWN'S girlfriend in the hotel prior to attempting to execute the warrant. Hotel staff confirmed to a Task Force Officer that BROWN'S girlfriend was staying in Room 305.

6. At approximately 9:15 a.m., a Task Force Officer knocked on the door to Room 305 and identified officers as law enforcement officers. Other Task Force Officers, including Victim A, were positioned around the exterior of the hotel at this time. A Task Force Officer at the door of Room 305 heard a male voice from inside the door yell, "Don't do it." A Task Force Officer heard an individual come to the door but not open the door. Task Force Officers used a key to open the door but noticed that the interior swing lock was still engaged. The individual who came to the door, later identified as BROWN'S girlfriend, was at the door stating that she wanted to get out. Task Force Officers continued to hear a male voice yelling from inside the room. Gunfire then started coming through the hotel door and walls of Room 305 toward the Task Force Officers.

7. Victim A was positioned on the northeast side of the hotel during this time. After firing at the Task Force Officers outside the hotel door, BROWN fled from the hotel room via a third-story window. As BROWN fled, BROWN shot at Victim A, striking Victim A in the head. Victim A suffered life-threatening injuries as a result of the shooting and was transported to a nearby hospital. Victim A was engaged in the performance of official duties as a federally deputized Task Force Officer of the U.S. Marshal's Service at the time and assisting Deputy U.S. Marshals in the performance of their official duties.

8. BROWN fled from the hotel area in a vehicle. Law enforcement officers pursued BROWN and located him on an expressway in the Bloomington-Normal area. During the pursuit, BROWN shot at law enforcement officers multiple times using a long gun.

FURTHER AFFIANT SAYETH NOT.

_____
JEREMY K. SMITH
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on March 7, 2019.

_____
IAIN D. JOHNSTON
United States Magistrate Judge

3