IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 19 CR 50016 | |
| v. | ) | | |
| | ) | Judge Matthew Kennelly | |
| FLOYD E. BROWN, | ) | | |
| Defendant. | ) | | |

### NOTICE OF MOTION

Please take notice that on March 25, 2019, I caused to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, the **MOTION EARLY RETURN OF TRIAL SUBPOENAS**, a copy of which has been served upon you.

Take further notice that I shall appear before Hon. Matthew Kennelly or any judge sitting in his stead in Courtroom 5100, 327 Church Street, Rockford, Illinois, on March 28, 2019, at 3:00 p.m., and then and there present the aforesaid Motion.

                                                                                                         __John M. Beal_____
                                                                                                           Attorney for Defendant

John M. Beal
Attorney at Law
53 W. Jackson Blvd. - Suite 1615
Chicago, IL 60604
(312) 408-2766

### CERTIFICATE OF SERVICE

I, John M. Beal, attorney, state that I caused a copy of **MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS** and Notice of Motion to be served on March 25, 2019, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                                Executed on March 25, 2019

                                                                __John M. Beal_____
                                                                      John M. Beal