# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                          Case No.: 3:19−cr−50016

                                                      Honorable Matthew F. Kennelly

Floyd E. Brown

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2019:

    MINUTE entry before the Honorable Matthew F. Kennelly as to Floyd E. Brown: Status hearing held on 5/30/2019. Jury trial is set for 1/11/2021 at 9:45 a.m. Status set for 8/6/2019 at 1:45 p.m. Ordered time excluded through 1/11/2021 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.