IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

SEP 20 2019

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 CR 50016 |
| v. | ) | |
| | ) | Judge Matthew Kennelly |
| FLOYD E. BROWN, | ) | |
| Defendant. | ) | |

### AGREED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR DISCLOSURE OF ELECTRONIC TRACKING INFORMATION AND WARRANTS

The parties agree that the Government's Answer to Defendant's MOTION FOR DISCLOSURE OF ELECTRONIC TRACKING INFORMATION AND WARRANTS is due on October 31, 2019, and Defendant's Reply is due on November 13, 2019.

| | |
|---|---|
| __Talia Bucci_____ | __John M. Beal_____ |
| Assistant U.S. Attorney | Attorney for Defendant |
| 327 South Church Street, Suite 3300 | 53 W. Jackson Blvd. - Suite 1615 |
| Rockford IL 61101 | Chicago, IL 60604 |
| (815) 987-4451 | (312) 408-2766 |