UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 50016 |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| FLOYD E. BROWN | ) | |

**UNITED STATES' REVISED WITNESS LIST**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this list of potential witnesses in the above-captioned matter:

**A.   Individuals the United States Expects It Will Call as Witnesses**

1. Steven Morrow, Extended Stay America
2. Judy Sebastian, Extended Stay America
3. Marchell Keller, Extended Stay America
4. Denise Snover, Rock Valley Garden Center (formerly)
5. Oracio Gonazalez, Hotel Guest
6. Robert Scott Twigg, Hotel Guest
7. Adelaide Walker, Hotel Guest
8. Merwyn Walker, Hotel Guest
9. Michael Flannery, McHenry County Sheriff's Police
10. Daniel Kramer, McHenry County Sheriff's Police
11. Michael Schulte, United States Marshal's Service
12. Anthony Catenacci, United States Marshal's Service
13. Diego Grimaldo, United States Marshal's Service

1

14. Marco Ricaldone, Logan County Paramedic Association (formerly)

15. Melissa Long, Logan County Paramedic Association

16. Scott Prine, Rockford Fire Department 911 Center

17. Joanna Harris, Rockford Fire Department 911 Center

18. Jeremy Smith, FBI

19. Michael C. Maguire, FBI

20. Douglas Seccombe, FBI (formerly)

21. Mailin Chuy-Horn, FBI

22. Wayne Jackowski, FBI

23. Brian Cascio, Loves Park Police Department (formerly FBI Task Force Officer)

24. Brent Phillips, Winnebago County Sheriff's Police

25. Shawn Prine, Winnebago County Sheriff's Police

26. Daniel Watson, Rockford Police Department

27. Brian Prine, Rockford Police Department

28. Michelle Bootz, Rockford Police Department

29. Paul Gibson, Illinois State Police

30. Ryan Mott, Illinois State Police (replacing Larry Savill due to his unavailability)

31. Timothy Sweeney, Illinois State Police

32. Eric Cowan, Illinois State Police

33. Brandi R. Field, Illinois State Police

34. Joseph Meister, Lincoln Police Department

35. Jared Bierbaum, Bloomington Police Department

36. Richard Beoletto, Bloomington Police Department

37. Frank Cecchinelli, ATF

38. Michelle K. Martin, FBI Laboratory, DNA Casework Unit

39. Bryce A. Ziegler, FBI Laboratory, Firearms/Toolmarks Unit

40. Derrick S. McClarin, FBI Laboratory, Firearms/Toolmarks Unit

41. Michael Van Arsdale, FBI Laboratory, Firearms/Toolmarks Unit

42. Kelli E. Edmiston, FBI Laboratory, Latent Prints

43. Dr. Mark Peters, Forensic Pathologist

44. Dr. Stathis J. Poulakidas, OSF Saint Anthony's Medical Center

45. Jordan Graves, Chicago Regional Computer Forensics Laboratory (RCFL)

46. Michael Haraszkiewicz, Cellebrite

47. Janice Beckett, Burger King

48. Eric Joseph Fonck, Best Buy

49. Tyler Mani, Extended Stay America

**B.   Additional Individuals the United States May Call as Witnesses[1]**

1. Theresa Keller, Extended Stay America

2. Zachary J. Kopacka, Hotel Guest

3. Albert K. Smith, Hotel Guest

4. Tina Smith, Hotel Guest

5. William Friddle, Hotel Guest

6. Buffy Hainley, Hotel Guest

---

[1] Based on discussions with defense counsel, the government anticipates that the parties will agree to stipulations regarding certain business records. Accordingly, records custodian witnesses relating to those records are not included here. An asterisk (*) next to a witness's name signifies that the individual, if called as a witness, is expected to testify primarily about the chain of custody and/or authenticity of certain evidence.

7. Drianna J.W. Wright

8. Tanya Jarvis

9. Kristen Wadsworth, Illinois Department of Corrections

10. Katherine Ludewig, FBI

11. Joseph Stevens, Rockford Police Department

12. Dr. Todd Alexander, OrthoIllinois

13. Michael Smirz, Winnebago County Coroner's Office

14. Michael Schissel, FBI Task Force Officer

15. Stuart Inman, Livingston County Sheriff's Police*

16. Lisa Draper, Livingston County Sheriff's Police*

17. Josh Koenigstein, FBI*

18. Loan Bermudez, FBI*

19. Lisa M. Schmadtke, FBI*

20. Brian S. Clark, FBI*

21. Robert C. Parker, FBI*

22. Wesley E. Tagtmeyer, FBI*

23. Gustavo Martinez, FBI*

24. Holly Groff, FBI*

25. Melissa Bayan, FBI*

26. Jennifer Shipman, FBI*

27. Jessica Rakow, FBI*

28. David M. Malone, FBI*

29. Steve McMan, FBI*

30. Nicole Tucker, FBI*

31. Curtis Thomas, FBI*

32. Carissa M. Land, FBI*

33. Adam P. King, FBI*

34. Nicole Tucker, FBI*

35. Curtis Thomas, FBI*

36. Brent Holmes, Checker Auto Body & Sales*

37. Deanna McGrew, Sangamon County Animal Control*

38. Jason Comer, World of Powersports*

                              Respectfully submitted,

                              JOHN R. LAUSCH, JR.
                              United States Attorney

BY:   /s Talia Bucci
       TALIA BUCCI
       SCOTT R. PACCAGNINI
       RONALD DEWALD
       Assistants United States Attorney
       327 South Church Street, Suite 3300
       Rockford, Illinois 61101
       (815) 987-4444

## **CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on March 7, 2022, the following document:

**UNITED STATES' REVISED WITNESS LIST**

was served pursuant to the district court's ECF system as to ECF filers.

                                        s/ Talia Bucci
                                        TALIA BUCCI
                                        Assistant United States Attorney
                                        327 South Church Street, Suite 3300
                                        Rockford, Illinois 61101
                                        (815) 987-4444