UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 50016 |
| vs. | ) | |
| | ) | Judge Matthew F. Kennelly |
| FLOYD E. BROWN | ) | |

**UNITED STATES' SECOND REVISED WITNESS LIST**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this second revised list of witnesses in the above-captioned matter:

**A.    Individuals the United States Expects It Will Call as Witnesses**

1. Steven Morrow, Extended Stay America

2. Daniel Kramer, McHenry County Sheriff's Police

3. Michael Flannery, McHenry County Sheriff's Police

4. Oracio Gonzalez, Hotel Guest

5. Janice Beckett, Burger King

6. David Watson, Rockford Police Department

7. Dr. Mark Peters, Forensic Pathologist

8. Matthew Gibbons, Rockford Police Department

9. Mailin Chuy-Horn, FBI

10. Wesley Tagtmeyer, FBI

11. Timothy Sweeney, Illinois State Police

12. Eric Cowan, Illinois State Police

13. Paul Gibson, Illinois State Police

1

14. Marco Ricaldone, Logan County Paramedic Association (formerly)

15. Brandi Field, Illinois State Police

16. Robert Mott, Illinois State Police

17. Michael C. Maguire, FBI

18. Lisa Draper, Livingston County Jail

19. Judy Sebastian, Extended Stay America

20. Michael Schulte, U.S. Marshals Service

21. Anthony Catenacci, U.S. Marshals Service

22. Scott Prine, Rockford Fire Department 911 Center (formerly)

23. Joanna Harris, Rockford Fire Department 911 Center

24. Ginger Van De Velde-Stien, Rockford Fire Department 911 Center

25. Robert Scott Twigg

26. Adelaide Walker

27. Brian Prine, Rockford Police Department

28. Chris Whitenack, ISP

29. Michelle Bootz, Rockford Police Department

30. Dr. Stathis Poulakidas, OSF Saint Anthony's Medical Center

31. Douglas Seccombe, FBI (formerly)

32. Holly Groff, FBI

33. Jessica (Rakow) Sullivan, FBI

34. Melissa Bayan, FBI

35. David Malone, FBI

36. Carissa Land, FBI

37. Michael Van Arsdale, FBI Laboratory, Firearms/Toolmarks Unit

38. Denise Snover, Rock Valley Garden Center (formerly)

39. Michelle K. Martin, FBI Laboratory, DNA Casework Unit

40. Kelli E. Edmiston, FBI Laboratory, Latent Prints

41. Bryce A. Ziegler, FBI Laboratory, Firearms/Toolmarks Unit

42. Derrick S. McClarin, FBI Laboratory, Firearms/Toolmarks Unit

43. Frank Cecchinelli, ATF

44. Richard Beoletto, Bloomington Police Department

45. Jared Bierbaum, Bloomington Police Department

46. Hannah Johnson, Best Buy (formerly)

47. Nicole Tucker, FBI

48. Curtis Thomas, FBI

49. Michael Haraszkiewicz, Cellebrite

50. Jordan Graves, FBI Regional Computer Forensics Laboratory (RCFL)

51. Jeremy Smith, FBI

B. **Additional Individuals the United States May Call as Witnesses**

1. Marchell Keller, Extended Stay America (formerly)

2. Merwyn Walker, Hotel Guest

3. Drianna J.W. Wright

4. Tanya Jarvis

5. Kristen Wadsworth, Illinois Department of Corrections

6. Katherine Ludewig, FBI

7. Adam Wolgast, FBI Task Force Officer

8.      Michael Schissel, FBI Task Force Officer

9.      April Johnson, Winnebago County Coroner's Office

10.     Kristen Wadsworth, Illinois Department of Corrections

11.     Brian Cascio, Loves Park Police Department (formerly FBI Task Force Officer)

12.     Crystal Cauley, FBI Laboratory, DNA Casework Unit

13.     Tyler Mani, Extended Stay America

14.     Jason Bennett, U.S. Marshals Service

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

BY: /s Talia Bucci
TALIA BUCCI
SCOTT R. PACCAGNINI
RONALD DEWALD
Assistants United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on March 28, 2022, the following document:

**UNITED STATES' SECOND REVISED WITNESS LIST**

was served pursuant to the district court's ECF system as to ECF filers.

                                                 s/ Talia Bucci
                                                 TALIA BUCCI
                                                 Assistant United States Attorney
                                                 327 South Church Street, Suite 3300
                                                 Rockford, Illinois 61101
                                                 (815) 987-4444